# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-767
_____

JOHN O. WILLIAMS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

October 23, 2019

PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004). Petitioner's motion to stay proceedings, filed on May 20, 2019, is denied as moot.

B.L. THOMAS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John O. Williams, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.